UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
BRINK, CHARLES ALAN                             Case No. 07-21657 DSO
                                                Chapter 7
                                                HON. DANIEL S. OPPERMAN

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| LVNV Funding LLC | 2 | $49.62 |
| | **TOTAL** | **$49.62** |

Dated: May 20, 2010            /s/   DANIEL C. HIMMELSPACH
                               DANIEL C. HIMMELSPACH, Trustee
                               916 Washington, Ste. 305
                               Bay City, MI  48708
                               (989) 892-0400
                               trusteehimmelspach@gmail.com